IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

BLANE NEELY, a/k/a WALTER MITCHELL    :
                                      :    CIVIL ACTION NO. 02-3890
  v.                                  :
                                      :
SIX CONTINENTS HOTEL, SUBSIDIARY,     :
HOLIDAY INN'S, INC., JOHN SWEETWOOD,  :
PRESIDENT/CEO, ELLIOT JURIST,         :
NIGHT-MANAGER, ET AL.                 :

_____

## ENTRY OF APPEARANCE

TO:   Michael E. Kunz,
       Clerk of Court

      Kindly enter my appearance on behalf of defendants, Six Continents Hotels, Inc., (improperly styled as "Six Continent's Hotel, Subsidiary, Holiday Inn's, Inc.") and Holiday Inns, Inc., in connection with the above-captioned matter.

                                       **LAVIN, COLEMAN, O'NEIL, RICCI, FINARELLI & GRAY**

                                  BY:_____
                                          Jennifer M. Brooks, Esquire
                                          *Attorney for Defendants,*
                                          *Six Continents Hotel, Inc. and Holiday Inns, Inc.*

- 2 -

#### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Entry of Appearance on behalf of defendants, Six Continents Hotels, Inc. and Holiday Inns, Inc. was served on the date listed below via first class U.S. mail, postage pre-paid, on the following parties:

Blane Neely
AM-3262
P.O. Box 244
Graterford, PA 19426

**LAVIN, COLEMAN, O'NEIL, RICCI, FINARELLI & GRAY**

BY: _____
       Jennifer M. Brooks, Esquire
       *Attorney for Defendants,*
       *Six Continents Hotel, Inc. and Holiday Inns, Inc.*

Date: <u>July 19, 2002</u>