IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

BLANE NEELY, a/k/a WALTER MITCHELL     :
                                       :   CIVIL ACTION NO. 02-3890
  v.                                   :
                                       :
SIX CONTINENTS HOTEL, SUBSIDIARY,      :
HOLIDAY INN'S, INC., JOHN SWEETWOOD,   :
PRESIDENT/CEO, ELLIOT JURIST,          :
NIGHT-MANAGER, ET AL.                  :

_____

## DEMAND FOR JURY TRIAL

TO:   Michael E. Kunz,
      Clerk of Court

    Jury trial is hereby demanded in the above-entitled case by defendants, Six Continents Hotels, Inc., (improperly styled as "Six Continent's Hotel, Subsidiary, Holiday Inn's, Inc.") and Holiday Inns, Inc.

                                               **LAVIN, COLEMAN, O'NEIL, RICCI, FINARELLI & GRAY**

                                   By:_____
                                          Jennifer M. Brooks, Esquire
                                          *Attorney for Defendants,*
                                          *Six Continents Hotel, Inc. and Holiday Inns, Inc.*

- 2 -

#### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Demand for Jury Trial on behalf of defendants, Six Continents Hotels, Inc. and Holiday Inns, Inc. was served on the date listed below via first class U.S. mail, postage pre-paid, on the following parties:

Blane Neely
AM-3262
P.O. Box 244
Graterford, PA 19426


**LAVIN, COLEMAN, O'NEIL, RICCI, FINARELLI & GRAY**


BY:_____
      Jennifer M. Brooks, Esquire
      *Attorney for Defendants,*
      *Six Continents Hotel, Inc. and Holiday Inns, Inc.*


Date:  July 19, 2002