IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLANE NEELY aka WALTER MITCHELL | CIVIL ACTION |
| v. | |
| SIX CONTINENTS HOTEL, INC. AND HOLIDAY INNS, INC. et al | No. 02-CV-3890 |

_____

**O R D E R**
_____

AND NOW, this 2nd day of October, 2002, plaintiff's motions to proceed *in forma pauperis* and for appointment of counsel are GRANTED. An attorney or law firm is appointed from the Prisoner Civil Rights Panel to represent plaintiff in this case. 28 U.S.C. § 1915(d). The Clerk of Court is directed to notify a Panel member of this appointment.

As set forth in the Prisoner Civil Rights Panel Program Description approved by this Court, a pro se plaintiff is entitled to not more than two appointments of attorneys in a given case, excepting in unusual circumstances - not counting rejections unrelated to the merits. Panel members are urged to "exert every reasonable effort to accept the case, to provide good, lawyer-like representation and to continue such representation until the case is concluded." Program Description at 3.

As the Program Description makes clear: "An appointed attorney or law firm may represent the plaintiff as such counsel would represent any indigent client. If there is to be a fee payment arrangement, such as would occur if plaintiff were the prevailing party, including if by settlement, the arrangement shall be in writing and confirmed by the lawyer and client at the outset of the representation. . . . Counsel may but shall not be required to advance costs." Program Description at 3.

Members of the Prisoner Civil Rights Panel are attorneys who volunteer to provide legal services because they believe it to be in the public interest and for the good of the justice system. The availability of such legal services is limited, for which reason it is important for both plaintiff and attorney to work together.

Once an attorney is appointed, all communications for plaintiff should be made by the attorney.

_____
Edmund V. Ludwig, J.

The following appointment is made: (to be filled in and separately docketed after the appointment has been accepted).

_____

_____
Clerk of Court

Date:_____

(PCRP - 12/94)