IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BLANE NEELY aka WALTER MITCHELL          CIVIL ACTION

       v.

SIX CONTINENTS HOTEL, INC.          No. 02-CV-3890
AND HOLIDAY INNS, INC. et al

_____

**O R D E R**

_____

AND NOW, this 8th day of October, 2002, in accordance with the October 2, 2002, order granting plaintiff's motions to proceed *in forma pauperis* and for appointment of counsel, plaintiff's motion for order compelling disclosure is denied, without prejudice to reassertion by the attorney or law firm appointed from the Prisoner Civil Rights Panel.

                                                 _____
                                                 Edmund V. Ludwig, J.