IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BLANE NEELY aka WALTER MITCHELL     CIVIL ACTION

v.

SIX CONTINENTS HOTEL, INC.     No. 02-CV-3890
AND HOLIDAY INNS, INC. et al

_____

**O R D E R**

_____

AND NOW, this ___ day of December, 2002, in accordance with the October 2, 2002, order granting plaintiff's motions to proceed *in forma pauperis* and for appointment of counsel, all pending motions are dismissed, without prejudice to reassertion by the attorney or law firm appointed from the Prisoner Civil Rights Panel or refiling by the defendants before January 20, 2003.

_____
Edmund V. Ludwig, J.