IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BLANE NEELY aka WALTER MITCHELL         CIVIL ACTION

v.

SIX CONTINENTS HOTEL, INC.              No. 02-CV-3890
AND HOLIDAY INNS, INC. et al

_____

**O R D E R**

_____

AND NOW, this 19th day of December, 2002, plaintiff's amended motion for appointment of counsel is granted. The Clerk is directed to attempt to find substitute counsel to be appointed in place of the law firm of Cozen and O'Connor.

_____
Edmund V. Ludwig, J.