IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BLANE NEELY aka WALTER MITCHELL          CIVIL ACTION

v.

SIX CONTINENTS HOTEL, INC.          No. 02-CV-3890
AND HOLIDAY INNS, INC. et al

_____

**O R D E R**
_____

AND NOW, this 19th day of December, 2002, upon request of plaintiff, the order dated December 19, 2002 is vacated.

Plaintiff's amended motion for appointment of counsel is withdrawn.

The Clerk is directed to appoint the law firm of Cozen and O'Connor to represent plaintiff.

_____
Edmund V. Ludwig, J.