IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BLANE NEELY** | : | CIVIL ACTION |
| vs. | : | NO. 02-3890 |
| **SIX CONTINENT'S HOTEL, ET AL.** | : | |
| | : | |

### ORDER

AND NOW, this      day of        2003, <u>PAUL W. HANLEY and PHILIP KIRCHER</u>, Esquires are hereby appointed for the purpose of representing the plaintiff in the above captioned case.

This appointment is to remain in effect until the final determination of this case unless, prior thereto, it is amended or revoked by Order of Court.

BY THE COURT:

_____
EDMUND V. LUDWIG, J.