IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BLANE NEELY aka WALTER MITCHELL  :  CIVIL ACTION

v.

SIX CONTINENTS HOTELS, INC.  :  No. 02-CV-3890
AND HOLIDAY INNS, INC. et al

_____

**O R D E R**
_____

AND NOW, this      day of March, 2003, the following is directed:

1. By March 21, 2003, defendant Six Continents Hotels is to file any motion based on the statute of limitations.

2. By March 21, 2003, counsel are to contact Magistrate Judge Caracappa to schedule a settlement conference. (267) 299-7640

3. By May 16, 2003, plaintiff is to submit a status report on efforts to locate individual defendants David Grove and Elliot Jurist.

_____
Edmund V. Ludwig, J.