IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BLANE NEELY, a/k/a<br>WALTER MITCHELL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SIX CONTINENT'S HOTELS, et al. | : | NO. 02-3890 |

O R D E R

AND NOW, this 16th day of October, 2003, in accordance with order-memorandum dated October 15, 2003,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of defendants Six Continent's Hotel, *Subsidiary, Holiday Inn's, Inc*. and John Sweetwood, *President/CEO* and against the plaintiff Blane Neely, a/k/a Walter Mitchell.

BY THE COURT

ATTEST:
Kathryne M. Crispell
Deputy Clerk

Civ 1 (8/80)