IN THE UNITED STATS DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BLANE NEELY a/k/a WALTER MITCHELL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SIX CONTINENT'S HOTELS, et. al. | : | No. 02-3890 |

## ORDER

AND NOW, this 22nd day of October, 2003, the October 15, 2003 order and memorandum (document 41 ) granting the "Motion for Judgment on the Pleadings of Defendants, Six Continents Hotels, Inc., Holiday Inns, Inc. and John Sweetwood" and the civil judgment (document 42 ) are vacated.

BY THE COURT:

_____
Edmund V. Ludwig, J.