IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BLANE NEELY  
a/k/a WALTER MITCHELL   :   CIVIL ACTION  
:  
vs.   :  
:   NO. 02-cv-03890-EL  
SIX CONTINENT'S HOTEL,  
*SUBSIDIARY, HOLIDAY INN'S, INC.*,  
et al.

O R D E R

**AND NOW, TO WIT:** this 27th day of October, 2003, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

BY:_____  
Kathryne M. Crispell  
Deputy Clerk

10/27/03  copies via FAX to:        10/27/03  copies mailed to:

Philip Kircher, Esq.                Paul W. Hanley, Esq.  
Jennifer M. Brooks, Esq.            Elliot Jurist

Civ 2 (8/2000)